# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAUTAM CHAPAGAIN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN TONYA ANDREWS, et al.,<br><br>Respondents. | Case No. 1:26-cv-03517-KES-EPG-HC<br><br>ORDER GRANTING VAIDA PLESA'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 3) |

Before the Court is the application of Vaida Plesa, attorney for Petitioner, for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* (ECF No. 3) is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:  **May 15, 2026**                    /s/ _Erica P. Grosjean_
                                                            UNITED STATES MAGISTRATE JUDGE